BEFORE THE FIRST DIVISION, JANUARY 7, 1943

**No. 47891.**—Protests 981716–G, etc., of Atlantic Coast Fisheries Corp. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the merchandise consists of fish-liver oil concentrate preserved in soya-bean oil, the same in all material respects as that the subject of *Atlantic Coast Fisheries Corp.* v. *United States* (6. Cust. Ct. 415, C. D. 506), the claim at 10 percent ad valorem under paragraph 34, plus 3 cents per pound under section 601 (c) (8), Revenue Act of 1932, as amended, was sustained.